IN THE UNITED STATES DISTRICT COURT

RECEIVED

WOODBURCK NOE,

   PLAINTIFF,

v.

ALABAMA DEPARTMENT OF
CORRECTIONS; DONAL CAMPBELL;
WARDEN/MR ARNOLD HOLT;
ASSISTANT WARDEN/ MR. LOUIE BOYD;
COSII'S/CAPTAINS/MR.'S SYLVESTER
NETTLES; AND HENRY PERKINS; COSII'S
LIEUTENANTS/MR.'S/MS.'S G. BABERS,
W. MILLER, AND JAMES STEPHENS; COSII'S
SERGEANTS/MR.'S/MS.'S B. DAVIS, A.
JACKSON, L. LIGON, M. MCCRANEY, A.S.
PERRY, G. SMITH, C.T. SPECKS, M.L.
STRICKLAND, AND A. WILLIAMS; CLERK
MS. SPARKS; CLASSIFICATION
SPECIALISTS CHARLES BLACKLEDGE,
SEALS, AND MEGAN FULGHUM; PRISON
HEALTH SERVICES; NURSE ROBINSON;
MS. WATSON; LAUNDRY MANAGER T.
ELLISON; PAT JACKSON, COSII'S/MR.'S/
MS.'S E. LASETER, P. HERBERT, C.D.
CULVER, W. STOKES, A.R. JAMES, T.
BENTON, A. DEBOSE, M. TARVER, C.
STREETER, M. PITTS, A. PENNINGTON,

2006 AUG 21  A 9: 41

[stamp] ___ R. HACKETT CLK

CASE NO. 2:06cv747.MEF

S. BLAND, AUNDRA JACKSON, R.D.          X

TALLEY, B. AUSTIN, T. KING, JR, P.      X

PHYLLIS, J. JOHNSON, B.L. WALKER,       X

V.L. GROONS, L. WHITE, G. CARTER,       X

R. KELLEY, D.V. BYRD, L.M. HAYNES, G.   X

DAVIS, T. OLIVER, K. JILES, M. OREE,    X

R. ELLIS, Y. WALKER, L. FORD, T. BIGGERS, X

L. BEACHEM, M.M. CURRY, C. HENRY, A.J   X

RUDOLPH, T. BLAKELY, J. FITZPATRICK,    X

S. JACKSON (A.K.A. JANE DOE #1), H.     X

HILL, JR, W.T. PARHAM, T. SCOTT, N.     X

MORRIS, J. MCCALL & FLOWERS, T. HUDSON, X

R. ONEAL, M. WILSON, J. ALLUMS, W.      X

TERRY, E. JOHNSON, S.J. NILES, M.       X

FITZPATRICK (A.K.A MS. HOLLOWAY), G.    X

STIMPSON, M.E. PALMER, C.T. YOUNG, S.D. X

LYNN, B. THOMPKINS, J.F. JOHNSON, J.R.  X

MALDON, S. SMART, J. BASKIN, U. DAY, S. X

L. KRESS, T. JONES, J. CHARLES, N. FLOYD, X

T.L. JOHNSON, S. JACKSON (A.K.A JANE DOE X

#2), L. RUDOLPH, R. SMITH, R.L. ATKINS, D. X

OSBOURNE, W. WILLIAMS, E. WILLIAMS,     X

B. FITZPATRICK, D. WARE; CHIEF          X

STEWARD F. MCCAIN, STEWARDS            X

ALEXANDER, MYLES, JONES; DR.            X

SIDDIQ; MS. CALHOUN; OI LOCKLEY,        X

        DEFENDANTS.                      X

2

## COMPLAINT, AND AFFIDAVIT

I HATE CONFINEMENT, AND DON'T WANT TO BE PART OF THE SYSTEM.
I DON'T KNOW IF YOU MAY RECEIVE THIS DOCUMENT, BUT OFFICIALS
OF THE PRISON I'M CONFINED, AND OTHER DEFENDANTS ARE COMMITTING
CRIMINAL RETALIATORY ACTIVITY WITH CONTINUOUS, AND ATROCIOUS
VIOLATIONS OF INMATES' RIGHTS UNDER THE UNITED STATES
CONSTITUTION THROUGH THEIR HORRIBLE MISTREATMENT.

## PARTIES

WOODBURCK NOE, A.I.S. 148475, P.O. BOX 5107, UNION SPRINGS, AL
36089-5107;

ALABAMA DEPARTMENT OF CORRECTIONS, 1400 LLOYD ST, P.O. BOX
301501, MONTGOMERY, AL 36107;

DONAL CAMPBELL, c/o ALABAMA DEPT. OF CORRECTIONS, P.O. BOX 301501,
1400 LLOYD ST, MONTGOMERY, AL 36109-1501;

ARNOLD HOLT; LOUIS BOYD; SYLVESTER NETTLES; HENRY PERKINS; CORTIS
G. BABERS, W. MILLER, AND JAMES STEPHENS, CORTIS B. DAVIS, A.
JACKSON, L. LIBOON, M. MCCRANEY, R.S. PERRY, G. SMITH, C.T. SPECKS, M.L
STRICKLAND, AND A. WILLIAMS, CLASSIFICATION SPECIALISTS CHARLES
BLACKLEDGE, MEGAN FULGHUM, AND SEALS; PRISON HEALTH SERVICES;
DR. SIDDIQ; NURSE ROBINSON; PAT JACKSON; MS. WATSON; MS. CALHOUN;
CHIEF STEWARD F. MCCAIN; STEWARDS ALEXANDER, MYLES, AND JONES;
LAUNDRY MANAGER T. ELLISON; CO'S E. LASETER, P. HERBERT, C.D. CULVER,
W. STOKES, A.R. JAMES, T. BENTON, A. DEBOSE, M. TARVER, C. STREETER, M.
PITTS, A. PENNINGTON, S. BLAND, AUNORA JACKSON, R.D. TALLEY, B. AUSTIN,
T. KING, JR., PHYLLIS, J. JOHNSON, B.L. WALKER, V.L GROOMS, L. WHITE,
LOCKLEY, T. BIGGERS,

3

G. CARTER, R. KELLEY, D.V. BYRD, L.M. HAYNES, G. DAVIS, T. OLIVER, K. JILES, M. OREE, R. ELLIS, Y. WALKER, L. FORD, L. BEACHEM, M. PITTS, ~~BOB~~ C. HENRY, A.J. RUDOLPH, T. BLAKELY, J. FITZPATRICK, S. JACKSON (AKA JANE DOE #1), H. HILL, JR., W.T. PARHAM, T. SCOTT, N. MORRIS, M.M. CURRY, J. McCALL, D. FLOWERS, J. HUDSON, R. ONEAL, M. WILSON, J. ATKINS, W. TERRY, E. JOHNSON, S.J. MILES, M. HOLLOWAY, G. SIMPSON, M.E. PALMER, C.T YOUNG, J.F. JOHNSON, R. MALDON, S. SMART, J. BASKIN, V. DAY, T. JONES, S.D. LYNN, B. THOMPKINS, S.L. KREIS, J. CHARLES, N. FLOYD, T.L. JOHNSON, S. JACKSON, L. RUDOLPH, R. SMITH, R.C. ATKINS, D. OSBORNE, W. WILLIAMS, E. WILLIAMS, B. FITZPATRICK, AND D. WARE, c/o BULLOCK COUNTY CORRECTIONAL FACILITY, HWY. 82 WEST, P.O. BOX 5107, UNION SPRINGS, AL. 36089-5107; c/o ALABAMA DEPT. OF CORRECTIONS, 1400 LLOYD ST., MONTGOMERY, AL. 36107.

## JURISDICTION

JURISDICTION OF THIS COURT IS ESTABLISHED BY, AND OF THE UNITED STATES CONSTITUTION AMENDMENTS ONE, FOUR, FIVE, SIX, EIGHT, AND FOURTEEN, THROUGH WHICH CIRCUMSTANCES EXPLAINED IN THIS CASE ARISE.

## CLAIM

COMES NOW, THE PLAINTIFF, WOODBURCK NOE, PRO SE, AND MOVES THIS HONORABLE COURT TO GRANT RELIEF REQUESTED BASED ON FACTS SUBMITTED IN THIS DOCUMENT AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY AS FOLLOWING; I ATTEMPT TO PRESENT THIS DOCUMENT IN THE BEST MANNER POSSIBLE DUE TO LIMITED MEANS,

4

AND RESOURCES AVAILABLE. EXTREME, AND INSIDIOUS VIOLATIONS ARE BEING COMMITTED WITH RETALIATION BY VARIOUS OFFICIALS OF THE CORRUPT ALABAMA DEPARTMENT OF CORRECTIONS, AND BULLOCK COUNTY CORRECTIONAL FACILITY. PROMPT REMEDY IS REQUIRED BECAUSE OF THE CRUCIAL NATURE OF THE CIRCUMSTANCES DESCRIBED FROM OR ABOUT JANUARY 14, 2005 TO FEBRUARY 16, 2005.

<u>ISSUE ONE</u>

MY RIGHTS UNDER THE EIGHTH, AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION WERE, AND ARE BEING GROSSLY VIOLATED BY ATROCIOUS, AND PERILOUS ACTIONS OF THE DEFENDANTS NAMELY, THE ALABAMA DEPT. OF CORRECTIONS, AND COMMISSIONER DONAL CAMPBELL WHO IS SUPPOSED TO SUPERVISE, AND MONITOR OFFICIALS (OR WAS SUPPOSED TO) AT BULLOCK COUNTY CORRECTIONAL FACILITY, WARDEN HOLT, ASSISTANT WARDEN BOYD, CAPTAINS (CPT'S) NETTLES, AND PERKINS, LT.'S (COPT'S) BADERS, MILLER, AND STEPHENS, AND SGT.'S (CPT'S B. DAVIS, JACKSON, L. LIGON, McCRANEY, PERRY, G. SMITH, C.T. SPECKS, STRICKLAND, AND A. WILLIAMS WHO WERE TO SUPERVISE, AND MONITOR THE OTHER DEFENDANTS THAT WERE OFFICERS BEING THEY ENDANGERED MY HEALTH, AND SAFETY BY CAUSING, WITH ALLOWING SITUATIONS OF HAZARDS; BLATANT, AND VILE DEPRIVATION OF MY EIGHTH AMENDMENT RIGHTS WERE COMMITTED FROM, OR ABOUT JANUARY 14, 2005 TO FEBRUARY 16, 2005 AT BULLOCK COUNTY CORRECTIONAL FACILITY BASED ON SPITE, AND ANIMOSITY OF THE DEFENDANTS BY THEIR TACTICS, AND POLICIES.

LIGHTS ARE LEFT ON DURING NORMAL SLEEPING HOURS/PERIODS AT BULLOCK COUNTY CORRECTIONAL FACILITY (AKA B.C.C.F.) BY THE DEFENDANTS IN RETALIATION AGAINST INMATES SUCH AS OTHER ACTIONS ARE COMMITTED THROUGH THE SAME REASON HAVING INMATES SUBJECT

5

TO MISTREATMENT BY FAILING TO PROVIDE, AND ENSURE NUTRITION, MEDICAL CARE, SANITARY CONDITIONS, MEANS TO MAINTAIN HYGIENE, AND WARMTH. LIGHTS MAY BE LEFT ON AFTER 10:30PM ONE TO TWO HOURS, OR MORE, THEN TURNED ON IN THE MIDDLE OF THE NIGHT IN THE DORMITORIES WITHOUT BEING SUFFICIENTLY DIMMED TO ENABLE ADEQUATE SLEEP FOR PURPOSES OF INFLICTING EXTREME SUFFERING, AGGRAVATION, AND TORMENT ON INMATES THROUGH INSIDIOUS, AND FOUL ROUTINES OF THE DEFENDANTS.

### JANUARY 14, 2005

LIGHTS WERE TURNED ON 5:50AM IN DORM 18 WITH COI'S WASHINGTON, AND ASSUMABLY, M.E PALMER WHO WERE TO GUARD, OR MONITOR THE DORM WHICH THEY LEFT UNATTENDED WITH THE GRILL GATE CLOSED. THOSE OFFICIALS WERE SUPPOSED TO PERFORM DUTY DURING THE THIRD SHIFT PERIOD THAT CONSISTS OF HOURS 10PM TO 6AM. LATER THAT DAY, ABOUT 9AM DORM 18 WAS LEFT UNATTENDED BY MS. S. JACKSON WITH MS. E. JOHNSON STAYING IN THE HALLWAY BY DORM 18 TALKING; THEN SOME TIME AFTER THAT DORM 18 WAS LEFT UNGUARDED WITH THE GRILL GATE CLOSED REPEATEDLY BY MS. LOCKLEY OPERATING CONTROLS OF THE GRILL GATE, AND DOOR OF DORMS 18, AND 19 IN CUBICLE 3 WHICH IS BY SUCH DORMS; MS. JACKSON, AND MR. STOKES WITH THE OTHER MS. JACKSON HAD DORM 18 UNATTENDED APPROXIMATELY FROM 12:30PM TO 1:15 PM DURING THE FIRST SHIFT PERIOD OF HOURS 6AM TO 2PM. AFTERWARDS, DORM 18 WAS LEFT UNGUARDED FROM ABOUT 2PM, AND LATER BY MS. BIGGORS WITH MR'S MARTIN, AND STREETER WHO LEFT THE DORM UNGUARDED APPROXIMATELY 3PM TO 4PM BEING IN HALLWAY DURING THE SECOND SHIFT PERIOD WHICH LASS FROM 2PM TO 10PM.

THE DEFENDANTS WOULD LEAVE THE DORMS THEY'RE SUPPOSED TO MONITOR, AND SUPERVISE, HAVING THEIR DOORS WITH GRILL GATES

5

CLOSED TO RESTRICT INMATES ACCESSIBILITY TO GAIN THEIR ATTENTION THROUGH MEANS OF COMMUNICATION FOR PURPOSES OF IMPERILLING INMATES BY INCREASING RISK OF VIOLENCE AS HAS OCCURRED NUMEROUS TIMES. SEVERAL SITUATIONS HAVE TRANSPIRED WITH INMATES IN DANGER AS TO THEIR WELFARE, AND SAFETY, BUT THE DEFENDANTS WERE UNABLE TO NOTICE, THEREBY FAILING TO PROVIDE RESOLUTION FOR THOSE SITUATIONS DUE TO SPITE WITH LACK OF CONCERN TOWARDS THEM. THE DEFENDANTS CUSTOMARILY WOULD OF STAY IN HALLWAYS BY DORMS KIDDING, TALKING, LOAFING, TUSSLING, OR HARASSING INMATES. THEREFORE, THE DEFENDANTS' ATTENTION WITH FOCUS WOULD BE DIVERTED, AND INTERFERED WITH.

## JANUARY 15, 2005

DORM 18 WAS LEFT UNGUARDED WITH CO'S L.FORD, R.MADDON, B. AUSTIN, AND MORRIS WORKING UNDER SGT. STRICKLAND; LATER, MR.'S CARTER, AND MARTIN LEFT DORM 18 UNATTENDED WITH THE GRILL GATE CLOSED DURING A SECURITY COUNT CONDUCTED APPROXIMATELY 2:30PM, THEN THE DOOR OF DORMS 18, AND 19 WAS CLOSED ABOUT 2:55PM HAVING THEM UNGUARDED WITH THE OFFICIALS BEING IN THE HALL WORKING UNDER SGT. SPEERS', AND ANOTHER SGT.'S SUPERVISION WHERE A VIOLENT ACT TRANSPIRED WITH THE DOOR OF DORMS 18, AND 19 CLOSED HAVING SUCH DORMS UNGUARDED.

## JANUARY 17, 2005

DORMS 18, AND 19 WERE LEFT UNGUARDED BY MR.'S FORD, AND J. FITZPATRICK;

THEN THEY HAD IT UNGUARDED FROM ABOUT 1PM TO 2PM WITH THE GRILL GATES OF THOSE DORMS CLOSED;

LATER, DORM 18 WAS LEFT UNATTENDED BY MR.'S CARTER, AND OREE FROM

2PM TO 3PM WITH THE GRILL GATE CLOSED;

AND SUCH WAS THE SITUATION AT 8:30PM, AND AFTER

## JANUARY 18, 2005

DORM 18 WAS LEFT UNGUARDED BY COI'S LASETER, AND OTHERS STAYING IN THE HALL, AND AN INCIDENT HAPPENED IN DORM #17; AT 6:40AM THAT DAY, MR.'S HERBERT, AND TALLEY HAD DORM 18 UNATTENDED WITH COI'S CULVER, AND LASETER CONTROLLING CUBICLE 3; AND MR. STOKES WHO HAD DORMS 18, AND 19 LOCKED; DORMS 18, AND 19 WERE LEFT UNGUARDED BY MR'S JAMES, AND BENTON APPROXIMATELY 1PM IN ADDITION, MR. STREETER WAS SMOKING IN CUBICLE 3, AND HAD DORM 18 UNGUARDED ABOUT 8:30PM WITH COI'S PIPE, AND PENNINGTON WITH THE DOOR OF DORMS 18, AND 19 CLOSED.

TOBACCO SMOKE ~~AND OTHERS~~ WITH SECOND-HAND SMOKE IS HAZARDOUS TO HEALTH, AND I HATE SUCH ALONG WITH CONFINEMENT. THERE HAVE BEEN NUMEROUS REPORTS, AND STUDIES REVEALING DETRIMENTS POSED BY TOBACCO PRODUCTS, AND FUMES RELEASED FROM INFLAMMATION, WHICH HAVE BEEN ASSOCIATED WITH DISEASES BASED ON VALIDATION.

WHY SHOULD I BE ENDANGERED BY BEING EXPOSED TO TOXIC SUBSTANCES BECAUSE AN OFFICIAL WANTS TO SMOKE AS SOME OF THE DEFENDANTS WHO CONSTANTLY ENGAGE IN HORRENDOUS CUSTOMS TO DEPRIVE INMATES OF THEIR SAFETY, AND WELL BEING?

## ON, OR ABOUT JANUARY 17, 2005

DORM 18 WAS LEFT UNGUARDED BY COI'S B. AUSTIN, AND BENTON WHO WERE SUPPOSED TO MONITOR IT; LATER MS. PENNINGTON HAD THE DOOR OF DORMS 18, AND 19 CLOSED, AND READING A PUBLICATION IN CUBICLE 3 WITH THE DORMS BEING UNGUARDED WHILE MR. HILL, JR. WAS OUT IN THE HALL BY CUBICLE 3 NESTLING, AND CONVERSING WITH MR.'S PARHAM, AND

SCOTT; ALSO SGT DAVIS SAW THEM IN THE HALL UNDER SUPERVISION OF LT. MILLER.

### JANUARY 29, 2005

MR. T. KING, JR. IN CUBICLE 3, AND MRS PHYLLIS, AND J. JOHNSON UNDER SUPERVISION OF SGT LIGON, AND LT BABERS HAD LIGHTS ON IN THE MIDDLE OF THE NIGHT IN DORM 18 2:30AM HAVING IT UNGUARDED, AND LIGHTS WERE ON AGAIN 3:40AM WITH DORM 18'S, AND 19'S GRILL GATES CLOSED; AFTERWARDS, MRS. Y. WALKER HAD DORM 18 UNGUARDED 9AM.

LATER MS. GREENE HAD DORMS 18, AND 19 UNATTENDED WITH MR. CARTER IN CUBICLE 3 DURING THE SECOND SHIFT PERIOD, AND EARODER MR. CULVER WAS IN CUBICLE 3.

### JANUARY 21, 2005

MS. S.M. JACKSON, AND MR. R. KELLEY HAD DORM 18 UNATTENDED; ALSO MR. BYRD WAS STOPPING PEOPLE AT THE DOOR OF THE DINING HALL TO CHECK IF THEY WERE SHAVED.

THE GRILL GATES OF DORMS 18, AND 19 WERE CLOSED WITH MS. HAYNES IN CUBICLE 3 WITH THE DORMS BEING UNGUARDED.

LATER, MS. DAVIS, AND MRS CURRY, AND HILL, JR. HAD DORMS 18, AND 19 UNATTENDED WITH THEIR GRILL GATES CLOSED.

FURTHERMORE, AN ANNOUNCEMENT OF MANDATORY YARD CALL WAS MADE WHERE INMATES ARE MADE TO GO ON THE OUTSIDE PRISON YARD WHICH HAS BEEN LIMITED AS TO SPACE OF TERRITORIAL BOUNDS SINCE 1987.

ANOTHER METHOD HOW THE DEFENDANTS SUBJECT INMATES TO VARIOUS MISTREATMENTS IS BY DEMANDING THEY VENTURE ON THE YARD TO BE EXPOSED TO INCLEMENT, AND UNBEARABLE WEATHER CONDITIONS WHEN TEMPERATURES WOULD BE FROM 30F TO 70F WITH INSUFFICIENT, AND

9

POOR QUALITY CLOTHING, LACKING A HAT, OR GLOVES FOR PROTECTION FROM COLD CONDITIONS. THESE CRIMES BASED ON IRRATIONAL, AND REPUGNANT ROUTINES OF THE DEFENDANTS WERE, AND ARE COMMITTED TO CAUSE INMATES TORMENT, SUFFERING, AND SICKNESS, BEING NOT EVEN, LONG-SLEEVED SHIRTS, WITH COATS, AND HATS WERE PROVIDED BY THE LAUNDRY MANAGER, MS. ELLISON; NOT EVEN THERMAL UNDERCLOTHES ARE GIVEN BY THE DEFENDANTS WHO TRY TO HAVE INMATES JEOPARDIZED BY COLD TEMPERATURES OUTSIDE, OR INSIDE PLACES LIKE THE DORMS WHERE IT WOULD BE 50°F WHILE OUTSIDE TEMPERATURES WOULD, AND COULD BE APPROXIMATELY 20°F - 40°F. THEY WOULD EVEN, HAVE FANS BLOWING IN THE KITCHEN WHERE INMATES EAT WHILE THE WEATHER IS COLD FOR PURPOSES OF MAKING IT COLDER, AND TO DISCOURAGE NOURISHMENT; THE JACKET GIVEN INMATES FAILS TO PROTECT FROM RAIN IF ONE HAPPENS TO WEAR IT OUTDOORS GETTING THEM SOAKED.

MOREOVER, SHOWERS, AND BATHROOM WATER FREQUENTLY IS COLD, BECAUSE OF SOME SYSTEM USING WOOD CHIPS AS FUEL TO HEAT WATER WHICH FAILS ACCORDING TO WHAT I WAS TOLD, AND WHAT I HAVE SEEN; AND SHOWERS ARE LIMITED FOR USE BY INMATES OF THE GENERAL POPULATION TO BATHE WAM TO 5AM, AND 6PM TO APPROXIMATELY 8PM, BEING AT THOSE TIMES, THE DEFENDANTS, PARTICULARLY FEMALE OFFICIALS WOULD HAVE SHOWERS END BEFORE A PERSON FINISHES CLEANING THEMSELVES WHEREAS, THE PRISON IS OVERCROWDED WITH TOO MANY INMATES.

EVEN IF AN INMATE IS SOILED, AND HAS WORKED STRENUOUSLY HE WOULD NOT BE ABLE TO IN A DORM HE'S ASSIGNED, BUT WOULD BE REQUIRED TO GO TO ANOTHER DORM WHERE HE MIGHT BE ABLE

TO SHOWER

FOR PURPOSES OF CLEANLINESS SHOULD NOT AN INDIVIDUAL BE ABLE TO SHOWER WHENEVER?

JANUARY 22, 2005

MR. OLIVER WITH OTHER OFFICIALS HAD DORM 18 UNATTENDED WITH THE DOOR OF IT, AND IR CLOSED DURING HIS SHIFT AT 9:48PM.

JANUARY 23, 2005

MR.'S KELLEY, AND JILES HAD DORMS 18, AND 19 UNGUARDED WITH THEIR GRILL GATES CLOSED, LATER MR. OREE HAD THOSE DORMS UNGUARDED.

JANUARY 24, 2005

MR BYRD ASKED ME IF MY SHIRT WAS TUCKED IN MY PANTS UNDER A JACKET I WAS WEARING AT THE DINING HALL DOOR DURING FEEDING OF A LUNCH MEAL, AND MS. R ELLIS PERFORMED THE SAME TACTIC JANUARY 24, 2005.

JANUARY 24, 2005

CO'S Y. WALKER, BYRD, AND FORD HAD DORM 18 UNGUARDED WITH MR. BYRD OPERATING CUBICLE 3 DURING FIRST SHIFT 9AM, AND 10AM WITH BOTH THE GRILL GATE, AND DOOR CLOSED WITH DORM 19 UNATTENDED ALSO; THEN, DURING SECOND SHIFT MR.'S OREE, BEACHEM, PITTS, AND CARTER HAD DORM 18 LEFT UNGUARDED, AND DURING A SECURITY COUNT CONDUCTED 2:30PM TO 3:30PM WITH THE GRILL GATE CLOSED WITH THE DOOR AS WELL.

AFTERWARDS, LIGHTS IN DORM 18 WERE LEFT ON PAST 10:30PM WITH MR. PHYLLIS WHO WAS SUPPOSED TO MONITOR IT

JANUARY 25, 2005

CO'S HENRY, STOKES, AND A FEMALE CADET OFFICER IN CUBICLE 3 HAD DORM 18 UNGUARDED WITH THE GRILL GATE CLOSED WITH MS.

11

KREIS IN CUBICLE 3 ALSO WHILE THE DOOR OF DORMS 18, AND 19 WAS CLOSED ALONG WITH MR. A. RUDOLPH WHO WAS SUPPOSED TO MONITOR THE DORMS.

### JANUARY 26, 2005

MR.'S BLAKELY, AND PHYLIS CUBICLE 3 HAD LIGHTS ON 5:55AM IN DORM 18 UNGUARDED WITH THE GRILL GATE LOCKED; LATER THAT DAY, ODIS J. FITZPATRICK, S.M. JACKSON, AND S. JACKSON HAD DORM 18 UNGUARDED WITH THE GRILL GATE CLOSED 6AM; ALSO MR. McCALL WAS STAYING IN THE HALL HAVING DORMS 18, AND 19 UNGUARDED WITH THE GRILL GATE CLOSED WITH MR. J. FITZPATRICK; LATER STILL MR.'S HUDSON, O'NEAL, AND OLIVER HAD DORM 18 UNGUARDED WITH MR. O'NEAL IN CUBICLE 3. THAT DAY THERE WAS A MANDATORY YARD CALL 7:30AM.

### JANUARY 27, 2005

MS. ELLIS, R. HAD LIGHTS IN THE MIDDLE OF THE NIGHT IN DORM 18 WITH SGT. SMITH'S SUPERVISION FOR A SECURITY COUNT PERIOD WITH THE GRILL GATE CLOSED, AND THE DORM UNGUARDED, ~~PERIOD~~ THEN, MAKING NOISE FOR DISTURBANCE DURING SLEEPING HOURS ON THIRD SHIFT BESIDES HAVING THE LIGHTS ON 5:30AM.

TOAST WAS SERVED INSTEAD OF ~~BISCUITS~~ FOR BREAKFAST UNDER SUPERVISION OF STEWARD ALEXANDER TO CONTRADICT THE MENU WHICH NORMALLY WOULD BE POSTED FOR INMATES TO SEE, AND TO DEPRIVE INMATES OF NUTRITION, BEING TOAST HAS LESS CALORIES FOR ENERGY THAN BISCUITS; 1 SLICE OF TOAST HAS 70 CALORIES, COMPARED TO A BISCUIT PROVIDING 100 CALORIES.

IN ADDITION, MS. AUSTIN HAD DORM 18 UNGUARDED WITH THE GRILL GATE CLOSED DURING FIRST SHIFT, AND AT 9AM WITH MS. Y. WALKER IN CUBICLE 3. THERE WAS ALSO A FIREDRILL UNDER

12.

SUPERVISION OF SGT. STRICKLAND DURING FIRST SHIFT WHICH IS A DIFFERENT MEANS OF HOW THE DEFENDANTS STRIVE TO AGGRAVATE, AND HARASS INMATES BEING INMATES ARE MADE TO GO OUTDOORS SUBJECT TO UNBEARABLE WEATHER CONDITIONS, IF EXISTENT, DUE TO FREQUENCY OF CONDUCTED FIREDRILLS, EXCESSIVELY, DEMONSTRATING THE CRIMINAL, AND FLAGRANT NATURE OF THE DEFENDANTS ESPECIALLY WHEN THEY HAD A FIREDRILL TWICE IN ONE DAY ON FIRST, AND SECOND SHIFTS. A FIREDRILL IS AN EXERCISE INTENDED TO PROMOTE SAFETY IN EVENT OF A FIRE TO ENABLE PEOPLE TO UTILIZE BENEFICIAL MEASURES FOR THEIR WELL BEING. HOWEVER, SUCH AN EXERCISE WOULD BE REGARDED NEGATIVELY, AND UNFAVORABLY WITH RELUCTANCE BY THE PRACTICES THE DEFENDANTS ENGAGE IN HAVING FIREDRILLS APPROXIMATELY TWICE A MONTH.

MR. HUDSON HAD LEFT DORM 18 UNGUARDED WITH MR.'S MARTIN, AND GREE.

JANUARY 28, 2005

MR.'S PHYLLIS, BLAKELY, AND WILSON (WHO WAS IN CUBICLE 3) HAD DORM 18 UNGUARDED WITH THE GRILL GATES CLOSED APPROXIMATELY 2AM WITH MR. PHYLLIS MAKING NOISE WITH INMATES DISTURBING OTHER INMATES FROM SLEEP IN THE MIDDLE OF THE NIGHT.

MR. MCCAIN REFUSED TO LET ME GET ANOTHER DRINK OF BEVERAGE AT BREAKFAST WHEN I SHOWED HIM THAT THE VESSEL IT WAS CONTAINED IN WAS CONTAMINATED WITH A BLACK SPOT ON THE INSIDE SURFACE WITH THE JUICE IN THE DINING HALL. MR. MCCAIN ALSO RUSHED ME OUT OF THE DINING HALL SAYING I HAD TO GO WHEN IT SEEMED THIRTY SECONDS ONLY PASSED AFTER MR. ALLUMS SAID I HAD TWO MINUTES TO EAT IN THE DINING HALL.

MR.'S STOKES, AND TERRY HAD DORM 18 UNATTENDED WITH THE GRILL

12

GATE CLOSED AT 12:30PM, AND AFTER DURING A SECURITY COUNT. ADDITIONALLY, THAT DAY SGT. STRICKLAND TOLD ME THE LAW LIBRARY WAS GOING TO BE CLOSED; COII MCCRANEY TOLD ME, "NONE OF YOUR BUSINESS." WHEN I ASKED HIM WHAT WAS THE SITUATION WITH THE LAW LIBRARY, AND HE SLAMMED THE SHIFT-COMMANDER'S OFFICE DOOR WHEN I WAS BY IT. FURTHERMORE, WHEN I ASKED SGT STRICKLAND HELP TO GET MATERIALS FOR PERFORMING LEGAL WORK, HE SAID HE WOULD NODDING HIS HEAD TO SAY "YES" AND MOTIONING WITH HIS HAND FOR ME TO GO BY THE DOOR OF THE SHIFT COMMANDER'S OFFICE, THEN HE OPENED IT, POINTING FOR ME TO GO OUT, AND CLOSED THE DOOR WHILE MS. BLAND, AND SGT MCCRANEY WAS IN THE OFFICE WHEN THAT INCIDENT OCCURRED, BECAUSE THE GYM WAS CLOSED FOR A RELIGIOUS MOSLEM SERVICE. ALSO MR. STOKES, AND MR. TERRY HAD THE THE DOOR OF DORMS 18, AND 19 CLOSED WITH THE DORMS BEING UNGUARDED. IN ADDITION, APPROXIMATELY 2:30PM COII CURRY, DAVIS, AND GROOMS HAD THE DOORS WITH GRILL GATE OF DORMS 18, AND 19 CLOSED BEING UNATTENDED AT ABOUT THE TIME THE 2ND SHIFT PERIOD OFFICIALS WOULD COUNT WITH MS. BIGGERS IN CUBICLE 3. MOREOVER, MR. CURRY WAS SMOKING IN THE DORMS' AREA. LATER THAT DAY, 3RD SHIFT OFFICIALS HAD ME WAKE UP FOR A BED ROSTER CHECK COUNT WITH LIGHTS ON IN DORM 18 BEING UNGUARDED NIGHT TIME WITH THE GRILL GATE LOCKED.

JANUARY 29, 2006

MS. E. JOHNSON STOPPED ME FOR A SHAVING PROFILE AT THE DINING HALL ENTRANCE AT BREAKFAST WITH SGT A. WILLIAM WORKING THERE. THAT DAY THERE WAS A NOTE ON CUBICLE 3 FOR INMATES NOT TO KNOCK ON THE DOOR, BUT TO TALK TO OFFICERS ON THE FLOOR, AND TO GO TO BED TO PREVENT OFFICIALS FROM RECEIVING REQUEST, OR COMMUNICATIONS FROM INMATES; IT WAS SIGNED WITH INITIALS "R.B" ADDITIONALLY,

14.

THAT DAY DORMS 18, AND 19 WERE LEFT UNGUARDED WITH MR STREETER IN CUBICCLE 3, AND AT A SECURITY COUNT PERIOD AT 7:30PM; FURTHER, LATER LIGHTS WERE LEFT ON PAST 10:30PM IN DORM 18 UNGUARDED WITH THE GRILL GATE CLOSED AFTER THE DOOR FOR DORMS 18, AND 19 WAS CLOSED 9:50PM.

### JANUARY 30, 2005

COS'S BYRD, Y. WALKER, AND MILES (WHO OPERATED CUBICCLES) HAD DORMS 18, AND 19 UNGUARDED WITH THE GRILL GATE CLOSED, AND MR. BYRD CAME LOUDLY HOLLERING "COUNT TIME; LET'S GO," ~~HELP PEOPLE WOULD~~ AND "HURRY UP!" AND HE HOLLERED LOUDLY FOR PEOPLE TO GO EAT BREAKFAST SAYING, "CHOW CALL; LET'S GO" AS IF PEOPLE HAD TO GO EAT; IN ADDITION, MR. GREE HAD DORM 18 UNGUARDED WITH MR. CARTER IN CUBICCLE 3. LATER THAT DAY A BED CHECK WAS PERFORMED BY OFFICIALS, AND MR. MARTIN IN DORM 18

### JANUARY 31, 2005

LIGHTS WERE ON IN THE MIDDLE OF THE NIGHT APPROXIMATELY 2AM WITH MS. M. FITZPATRICK OPERATING CUBICCLE 3 OF DORM 18 BEING UNGUARDED; WITH THE GRILL GATE LOCKED WITH MR.'S STIMSON, AND PALMER; MS. M. FITZPATRICK HAD LIGHTS TURNED ON 5:50AM, AND HAD THE GRILL GATE CLOSED 5:55AM WITH DORM 18 UNGUARDED

LATER THAT DAY COS FORD, HARRIS, AND A FEMALE CADET IN CUBICCLE 3 HAD DORM 18 UNGUARDED WITH THE DOOR OF DORMS 18, AND 19 CLOSED.

ADDITIONALLY, MR.'S MILES, AND JAMES ~~FORD~~ COUNTED HAVING ME LEAVE THE LAW LIBRARY IN THE GYM WHILE I WAS DOING LEGAL WORK WITH MR. MILES SMOKING.

FURTHERMORE, COS'S HARRIS, FORD, AND A FEMALE CADET IN CUBICCLE 3 HAD DORM 18'S GRILL GATE CLOSED AT 8:50AM WITH THE DORM UNGUARDED.

MANDATORY YARD CALL WAS HAD.

AFTERWARDS, MR.'S HUDSON, BEACHEM, AND OLIVER (WHO WAS IN CUBICCLE

15

3) HAD DORM 18 UNGUARDED WITH THE GRILL GATE, AND DOOR OF DORM 18 CLOSED.

LATER, MR. HUDSON MENACED ME RAISING HIS FIST AS IF HE WAS GOING TO HIT ME WHEN I KNOCKED ON THE INFIRMARY DOOR TO GET A PRESCRIPTION.

IN ADDITION, LIGHTS WERE ON PAST 10:30PM WITH MR. PHIPPLIS, AND MS. R. ELLIS WHO OPERATED CUBICLE 3 HAD LIGHTS ON ABOUT TWENTY MINUTES AFTER A "CHOW CALL" ANNOUNCEMENT HAVING DORMS 18, AND 19 UNGUARDED FEBRUARY 1, 2005.

ADDITIONALLY, MR.'S JILES, AND BENTON HAD DORM 18 UNGUARDED; ON THE AFOREMENTIONED DAY.

THAT SAME DAY, LATER, MR. OSBORNE REFUSED TO LET ME GO DOWN THE HALL, HAVING THE GYM LOCKED, AND WHEN I CAME IN WHILE PEOPLE WERE STANDING OUTSIDE THE GYM FOR A PILL CART MOVING IN THE HALL HE SAID I WOULD NOT BE ABLE TO GET OUT IF I GO BACK IN THERE AFTER HE SAID HE WAS GOING TO LEAVE IT OPEN. WHEN I TOLD HIM WHAT HE SAID HE STATED HE MIGHT CHANGE HIS MIND.

FURTHERMORE, MR.'S BENTON, AND JILES HAD THE DOOR OF DORM 18 LOCKED WITH MR. J. FITZPATRICK IN CUBICLE 3 1:50PM.

LATER THAT DAY MR.'S BEACHEM, AND STREETER HAD DORM 18 UNGUARDED WITH THE GRILL GATE CLOSED HAVING A SECURITY COUNT AT 2:10PM WITH MR. WALKER AND MS. PENNINGTON.

AFTERWARDS THE DOOR OF DORM 18 WAS CLOSED AT 3:15PM BY MS. PENNINGTON THAT DAY.

LATER STILL, THE DOOR OF DORMS 18, AND 19 WAS CLOSED REPEATEDLY WITH MR. STREETER IN DORM 18 BY MS. PENNINGTON.

THAT DAY LIGHTS WERE LEFT ON PAST 10:30PM WITH MS. R. ELLIS IN

16

DORM 18 WHICH WAS LEFT UNGUARDED WITH MR. YOUNG WHICH ALSO HAD THE DOOR OF DORMS 18, AND 19 CLOSED AT 4:05AM FEBRUARY 2, 2005.

FEBRUARY 2, 2005

MS'S HENRY, SMART (WHO WORKED CUBICLE 3), AND PRESUMABLY WATSON WITH MR. B. JOHNSON HAD DORM 18 UNGUARDED BESIDES LEAVING WITH THE DOOR, AND GRILL GATES OF DORMS 18, AND 19 CLOSED; LATER MR'S HILL, JR., CURRY WITH OLIVER WHO WORKED CUBICLE 3 HAD DORMS 18, AND 19 UNGUARDED WITH THEIR DOOR CLOSED.

JANUARY 31, 2005

MR. BASKINS HARASSED ME TELLING ME TO SAY "YES, MA'AM" WHEN TALKING TO NURSE ROBINSON WHO TOOK A LONG TIME TO GIVE ME A PRESCRIPTION WHEN I WAS TOLD TO COME TO THE INFIRMARY 7PM; BUT IT WAS PAST 8:30PM BEFORE I GOT THE PRESCRIPTION OF SHAMPOO. ADDITIONALLY, MR. BASKINS ASKED IF I HEARD HIM WHEN I DIDN'T REPLY.

FEBRUARY 3, 2005

MR'S S. JOHNSON, AND BLAKELY HAD DORM 18 UNGUARDED ON THEIR THIRD SHIFT. LATER THAT DATE MS'S Y. WALKER, AND AUSTIN WITH A FEMALE CADET OPERATING CUBICLE 3 WITH THE DOOR OF DORMS 18, AND 19 CLOSED REPEATEDLY 10AM TO 11:30AM WITH THEM BEING IN THE HALL.

AFTERWARDS, MR'S CARTER, BEACHEM, AND CURRY HAD DORM 18 UNGUARDED AT 2PM WITH ITS GRILL GATE CLOSED WITH MR. ONEAL OPERATING CUBICLE 3 UNDER SGT'S SPECKS, JACKSON, AND DAVIS WITH LT. BABERS.

FEBRUARY 2, 2005

MR. J.E. JOHNSON SAID THE GYM WITH LAW LIBRARY WAS CLOSED BECAUSE OF A CANTEEN TRUCK DELIVERING SHIPMENT.

17

FEBRUARY 3, 2005

MR. T. KING, JR. ASSAULTED ME HITTING THE BOTTOM OF MY LEG FOR A BED CHECK IN DORM 18 WITH LIGHTS ON PAST 10:30PM.

AFTERWARDS, THAT DAY MR.'S FORD, AND HAYNES HAD DORM 18 UNGUARDED WITH THE GRILL GATE LOCKED WITH MR. T. KING, JR. OPERATING CUBICLE 3. THAT DAY MR. FORD WAS ALSO HITTING BEDS WITH METAL HANDCUFFS TO AWAKE INMATES, AND THERE WAS MANDATORY YARD CALL.

LATER THAT DAY MR.'S SCOTT, AND CARTER HAD DORM 18 UNGUARDED WITH ITS DOOR CLOSED WITH POSSIBLY MR. B. SMITH OPERATING CUBICLE 3; THEN LATER THAT DAY MR. MCCAIN ASSAULTED ME AWAKING ME FOR A BED CHECK ON 3RD SHIFT. THAT DAY MR. DAY ALSO HAD DORM 18 UNGUARDED.

FEBRUARY 1, 2005

MS. CALHOUN SENT A FORM SAYING I HAD TO SEE CAPT. NETTLES ABOUT SENDING A CARD FOR A CATALOG, AND A FREE MAGAZINE WITH SUBSCRIPTION.

FEBRUARY 5, 2005

MR. JONES HAD DORM 18 UNGUARDED WITH OTHER CELLS. THAT DAY LIGHTS WERE ON THERE PAST 10:30PM WITH THE DOOR CLOSED.

FEBRUARY 4, 2005

LEGAL MAIL FROM THE A.C.L.U. WAS DELIVERED AS REGULAR MAIL, OPENED.

FEBRUARY 6, 2005

I HAD TO SIGN A SICK CALL LIST FOR A $3 CHARGE BY MR. TERRY; AND A NURSE WHO ASKED ME IF I SIGNED IT THAT DAY SLICED BREAD WAS SERVED INSTEAD OF BISCUITS BREAKFAST. IN ADDITION,

18

THAT DAY MR. JILES, AND MS. SMART HAD DORM 18 UNATTENDED WITH THE GRILL GATE CLOSED BY MS. LYNN IN CUBICLE 3. LATER THAT DAY MS. PENNINGTON HAD DORMS 18, AND 19'S DOOR LOCKED WHEN I TRIED TO GO TO THE LAW LIBRARY AT 5.15PM; AND THERE WAS NO GYM CALL ANNOUNCEMENT TO WHICH IS NORMALLY DONE BY THE DEFENDANTS TO INFORM INMATES WHEN THEY COULD USE SUCH LIBRARY; AND DORM 18 WAS UNGUARDED WITH MR.'S OREE, AND HUDSON. FURTHERMORE, THE LAW LIBRARY WAS CLOSED AS TOLD BY SGT. DAVIS.

FEBRUARY 7, 2005

DORM 18 WAS LEFT UNGUARDED BY MR.'S PALMER WITH T. KING, JR. WHO WAS OPERATING CUBICLE 3 HAVING THE DOOR LOCKED. LATER MR.'S THOMPKINS, AND T. KING, JR. WITH MS. MORRIS HAD DORM 18 UNGUARDED WITH OTHER OFFICIALS. ALSO, THAT DAY MR. THOMPKINS REFUSED TO GIVE ME A PASS TO SEE THE CAPTAIN. LATER THAT DAY WHEN I KNOCKED ON THE DOOR OF THE SHIFT COMMANDERS OFFICE ABOUT A CARD MAIL LT. MILLER MOTIONED FOR ME TO GO AWAY, OR WAIT BY A WALL WHEN HE WAS IN THE OFFICE WITH MS. E. JOHNSON. MOREOVER, THAT DAY MS. HAYNES WAS IN CUBICLE 3, AND THE DOOR OF DORMS 18, AND 19 WAS CLOSED WITH THE DORMS UNGUARDED, AND THEIR GRILL GATES CLOSED PRIOR. ADDITIONALLY, THAT DAY MR. MILES HAD US INMATES LEAVE THE LAW LIBRARY FOR A COUNT WHILE I WAS DOING LEGAL WORK. THAT DAY DR. SIDDIQ REFUSED TO GIVE ME A PROFILE, OR MEDICAL REASON TO HAVE A PILLOW TO SUPPORT MY HEAD, OR A BLANKET, AND HE REFUSED TO ENABLE ME TO KNOW MY BLOOD TYPE. LATER, MR.'S HUDSON, AND DEBOSE WITH MS. KREIS IN CUBICLE 3 HAD DORM 18 UNGUARDED AT THE FIRST COUNT ON 2ND SHIFT WITH THE GRILL GATE CLOSED, AND LATER WITH THE DOOR CLOSED.

FEBRUARY 8, 2005

19

MR. CHARLES HAD LIGHTS ON IN, DORM 18 2:30AM DURING COUNT WITH LEAVING IT UNATTENDED. LATER, THAT DAY MR. THOMPKINS HAD DORM 18 UNGUARDED WITH ~~THESE~~ MR. MILES IN CUBICLE 3. THEN LATER THAT DAY MR. CURRY HAD DORM 18 UNGUARDED WITH THE GRILL GATE LOCKED WITH MR. DEBOSE IN CUBICLE 3. ALSO THAT DAY DORM 18 WAS CALLED FOR A CANTEEN DRAW AFTER ~~AS~~ I SUBMITTED A STORE ORDER FORM THE PREVIOUS WEEK ON, OR ABOUT FEBRUARY 1, 2005, THEN I WAS TOLD TO COME ANOTHER DAY BEING DENIED A CANTEEN PURCHASE WITH SGT. S. DAVIS, AND SPECKS SUPERVISING. IN ADDITION, THAT DAY MR. TARVER WAS SMOKING IN THE AREA OF DORMS 12, AND 13. ADDITIONALLY, MS. KREIS HAD DORM 18 UNGUARDED. THAT DAY MR. ALLUMS WAS IN THE HALL LEAVING DORM 18 UNGUARDED WITH MR. FLOYD IN CUBICLE 3.

FEBRUARY 9, 2005

MR. STOKES WITH MS. LASETER HAD DORM 18 UNGUARDED WITH THE GRILL GATE LOCKED 9:45AM. THAT DAY, ALSO, MS. P. JACKSON, WITH MS. WATSON, AND MR. TALLEY REFUSED TO LET ME DRAW FROM THE CANTEEN, WHILE MR. TALLEY, ON MY FIRST ATTEMPT, GROWLED, SAYING, IF I SAW HIM TALKING AFTER I SAID, "EXCUSE ME." BEING I TRIED TO DETERMINE IF AN ORDER WAS PROCESSED FOR ME; MS. WATSON SAID "THEY" WERE CALLING NAMES OF INMATES PURCHASING OUTSIDE THE STORE ROOM IN THE GYM MOTIONING WITH HER HAND, THEN MS. P. JACKSON SAID TO HAVE A SEAT. MEANWHILE, MR. TALLEY REFUSED TO LET ME ~~STORE THE GRILL AND GRILL~~ TALK TO HIM ABOUT THE CANTEEN DRAW. WHEN I WENT TO SEE LT. MILLER ABOUT THE CANTEEN HE HAD ME WAIT LENGTHLY SAYING HOLD "THE" THOUGHT A "SECOND" WHEN I TRIED TO EXPLAIN TO HIM ABOUT THE CANTEEN; WHEN HE RETURNED HE SENT ME TO MS. P. JACKSON WHO SAID I WASN'T GOING TO DRAW "STUFF" FOR ONLY 12¢; SHE WAS ANGRY

20

AND HOSTILE, THEN TOLD ME TO SIGN A "SCRAGGLER LIST." AFTER I WAITED TO SEE IF MY NAME WAS GOING TO BE CALLED, ANOTHER DORM WAS CALLED, AND WHEN I CHECKED WITH MS. WATSON ABOUT IT SHE SAID THERE WAS NO CANTEEN ORDER FORM FOR ME, JUST FOR 124. ADDITIONALLY,

ON THAT DAY THE DOOR OF DORM 18 WAS CLOSED BY MS'S S. JACKSON, AND LATER WITH MR. STOKES HAVING THE DORMS UNGUARDED. LATER THAT DAY MS. T. JOHNSON HAD DORMS 18 AND 19 UNGUARDED WITH THEIR DOOR LOCKED, AND REFUSED TO LET ME IN WITH MR. DEBOSE ON THE FLOOR WITH LT. BABERS NOT HELPING ME TO GET IN AT MY REQUEST BESIDES SGT. SPECKS WHO SAID TO TALK TO THE OFFICER. ALSO THAT DAY LT. BABERS IGNORED ME WHEN I ASKED HER IF SHE CHECKED ABOUT MS. P. JACKSON, AND THE STORE MATTER AS SHE SAID SHE WOULD EARLIER, THEN TOLD ME MS. PAT JACKSON WENT HOME BEFORE SHE COULD CHECK ON IT. THAT DAY AS WELL, 2ND SHIFT CLERK, MS. SPARKS HARASSED ME WITH MR. HUDSON, SAYING BEING I DIDN'T WANT TO SPEAK TO THEM, NOT TO ASK THEM SOMETHING LIKE WHERE IS A SUPERVISOR. ADDITIONALLY, I WAS ATROCIOUSLY HARASSED BY MR. DEBOSE WHEN HE BLOCKED ME EARLIER WHEN I TRIED TO GET THROUGH THE DOORWAY OF DORM 19 SAYING FOR ME TO GET BACK AFTER I ASKED IF I COULD GET THROUGH. HE ALSO HAD DORM 18 UNGUARDED STAYING IN THE HALL FROM TIME TO TIME. THAT DATE TOAST WAS SERVED INSTEAD OF BISCUITS AT BREAKFAST. ADDITIONALLY, THAT DAY I WAS MADE TO WAIT APPROXIMATELY THIRTY MINUTES FOR LEGAL MAIL WHEN TOLD TO GET IT AFTER CLEARING OF AN EVENING 2ND SHIFT COUNT THAT DAY LT. MILLER REFUSED TO HAVE ME SEE THE CAPTAIN AFTER TELLING ME TO WAIT ON A BENCH FOR HIM BY THE CLASSIFICATION AREA WHEN I REQUESTED BESIDES GIVEN A FALSE IMPRESSION TO OBTAIN ASSISTANCE.

FEBRUARY 10, 2005

21

MR.'S YOUNG, AND STIMSON WITH MR. CHARLES IN CUBICLE 3 HAD DORMS 18, AND 19 UNGUARDED WITH LIGHTS ON IN DORM 19 AFTER AN ANNOUNCEMENT OF BREAKFAST FEEDING ON 3RD SHIFT. LATER, SGT. MCCRANNEY REFUSED TO HELP ME WITH THE SITUATION WITH THE CANTEEN, AND MS. P. JACKSON SAYING HE, AND MS. P. JACKSON "DON'T TALK; AND HE SAID I HAD TO SEE THE CAPTAIN; HE REFUSED TO GIVE ME A REQUEST FORM WHEN I ASKED WHICH COULD HAVE ENABLED ME TO SEE THE CAPTAIN. THE SAME DAY, LT. MILLER REFUSED TO HELP ME WITH THE STORE SITUATION SAYING I NEEDED TO TALK TO THE CAPTAIN. THAT DAY MS. S.M. JACKSON WHO WAS BY THE CLASSIFICATION AREA REFUSED TO ~~CROSS~~ HELP ME SEE THE CAPTAIN TO ATTEMPT TO GAIN HIS ASSISTANCE SAYING I HAD TO SEND A REQUEST FORM. THAT DAY MR.'S STOKES, AND FORD, AND MS. LASETER WITH MS. SMART IN CUBICLE 3 HAD DORM 18 UNGUARDED. ALSO, THAT DATE MR. AUNDRA JACKSON REFUSED TO HELP ME WITH THE STORE SITUATION, AND MS. P. JACKSON SAYING IT WAS NOT HIS RESPONSIBILITY AFTER I SOUGHT HIS HELP. THAT DAY SGT WILLIAMS REFUSED TO HELP ME ORDER THE ITEM I WANTED ALSO. THAT DATE, ALSO, MR. TALLEY CONDUCTED A COUNT HAVING INMATES LEAVE THE LAW LIBRARY TO STAND IN THE GYM FLOOR AT 11:40AM. ADDITIONALLY, THAT DAY 1ST SHIFT OFFICIALS HAD THE GRILL GATE OF DORM 18 LOCKED WITH IT BEING UNGUARDED, THEN ITS DOOR WAS CLOSED. ALSO, THAT DAY SGT.'S JACKSON, AND SPEERS WITH MS. T. JOHNSON HAD DORM 18 UNGUARDED WITH ITS GRILL GATE CLOSED AT 2:20PM. THAT DAY MR WHITE STOPPED ME, ASSAULTING ME, HITTING ME WITH ROLLED PAPER ASKING ME WHERE I WAS GOING. WHEN I TOLD HIM I WAS GOING TO SEE THE CAPTAIN FOR THEIR "OPEN HOUSE" DAY WHEN INMATES CAN SEE THEM WITHOUT A PASS HE SAID HE WAS GOING TO CHECK AS IF HE DIDN'T KNOW. FURTHERMORE, MS. T. JOHNSON REFUSED TO LET ME SEE THE CAPTAIN SAYING I HAD TO HAVE A PASS FROM

21

SOMEONE, OR IF ITS OPEN HOUSE I HAVE TO SIGN A LIST WHEN CUSTOMARILY SUCH WAS NOT THE PROCEDURE. THEN WHEN I ASKED TO SPEAK TO THE SHIFT COMMANDER SHE SAID SHE WOULD TALK TO THEM WHEN THEY CAME BY, WHICH WHEN SGT. JACKSON DID, SHE AFTERWARDS SAID HE DIDN'T WANT TO SEE ME; LATER WHEN I WENT DOWN THE HALL, I WAS RETURNED BY MS. PENNINGTON WHO STOPPED ME ASSAULTING ME BY PUTTING HER HANDS ON ME ASKING IF I WAS WALKING WITH SGT. JACKSON WHO HAPPENED TO BE WALKING IN THE HALLWAY ALSO; AND SHE TOLD ME TO GO BACK TO THE MENTAL HEALTH AREA OF THE INSTITUTION, BECAUSE SHE ALWAYS ASKS ME IF I "SLEEP IN MENTAL HEALTH" WHEN SHE SEES ME. THEN SGT. JACKSON JUSTIFIED HER ACTIONS SAYING ITS THEIR JOB TO COMMIT SUCH TACTICS, TALKING TO PEOPLE HARASSING, THEN ASKING SENSELESS QUESTIONS. MS. T. JOHNSON WAS STANDING IN THE HALLWAY, AND HAD DORM 18 UNATTENDED WITH ITS DOOR CLOSED WHEN I ATTEMPTED TO TALK TO GOVERNMENT OFFICIALS; WITH MR. SAFE IN CUBICLE 3. MR. CURRY WAS SMOKING IN THE LAW LIBRARY. MR. BYRD STOPPED ME WHILE GOING TO THE DINING HALL TO HAVE ME PULL MY COAT UP TO SEE IF MY SHIRT WAS TUCKED IN PANTS.

### FEBRUARY 11, 2005

SGT. MCCRANNEY ASSAULTED ME TELLING ME TO LOOK AT HIM WHEN I ASKED LT. MILLER ABOUT A PHONE NUMBER HE WAS TO CHECK FOR ME THE PREVIOUS DAY, TOUCHING MY COAT, WITH SGT. STRICKLAND IN THE SHIFT COMMANDER'S OFFICE WITH THEM NOT DOING ANYTHING FOR ASSISTANCE; AND LT. MILLER SAID HE DIDN'T WANT TO TALK TO ME, AND TALK TO SGT. MCCRANNEY WHO SAID LT. MILLER WAS BUSY, AND COME ANOTHER DAY; AND MS. BLAND WAS IN THE OFFICE ALSO. MS. L. RUDOLP HAD DORM 18 UNGUARDED; THIRD SHIFT OFFICIALS WITH MR. SIMPSON HAD DORM 18 UNGUARDED; MR. TALLEY CONDUCTED A COUNT

23

WITH HIM HAVING INMATES LEAVE THE LAW LIBRARY, AND GO OUTDOORS 12:40AM WHEN I WAS WRITING. MS. S.M. JACKSON WAS IN CUBICLE 3 WHO HAD DORM 18 UNGUARDED WITH MR. R. SMITH; MR.'S ATKINS, AND SCOTT HAD DORM 18 UNGUARDED WITH ITS GRILL GATE CLOSED 7:15PM; THEN ITS DOOR WAS LOCKED WITH MR. ATKINS STAYING OUTSIDE WITH MR. MOORE IN CUBICLE 3. A BED CHECK ON 3RD SHIFT WAS CONDUCTED WITH LIGHTS ON PAST 10:30PM.

### FEBRUARY 12, 2005

MR. BYRD CAME IN HOLLERING 6AM "COUNT TIME," AND FOR EVERYBODY TO GO, HURRY UP, AND MAKE UP BEDS WITH HIM LEAVING DORM 18 UNGUARDED WITH THE GRILL GATE LOCKED. MR. TATUM, AND PITTS HAD DORM 18 UNGUARDED WITH ITS GRILL GATE CLOSED. NO MACARONI, AND CHEESE WAS SERVED FOR THE DINNER MEAL WITH GREEN BEANS BY POSTED MENU. THE DOOR OF DORMS 18, AND 19 WAS CLOSED BY MR. MARTIN, OPERATING CUBICLE 3 HAVING THEM UNGUARDED. LIGHTS WERE ON PAST 10:30AM IN DORM 18 WITH THE GRILL GATE LOCKED, UNGUARDED BY MR. SIMPSON, AND LIGHTS WERE TURNED ON BEFORE 6AM BY 3RD SHIFT OFFICIALS. MS. S. JACKSON, AND MR. JILES HAD DORM 18 UNGUARDED WITH THE GRILL GATE CLOSED FOR THE 6AM COUNT PERIOD WITH MS. JACKSON CONTROLLING CUBICLE 3 FOR DOORS, GATES, AND LIGHTS, WITH SHOWERS OF DORMS 16 TO 19. MR.'S MARTIN, AND OLIVER HAD DORM 18 UNGUARDED WITH THE GRILL GATE CLOSED WITH MR. W. WILLIAMS OPERATING CUBICLE 3, THEN LATER DORM 18'S DOOR WAS CLOSED WITH MR. MARTIN BEING IN THE HALL LEAVING IT UNGUARDED.

### FEBRUARY 14, 2005

MR. E. WILLIAMS HAD DORM 18 UNGUARDED WITH LIGHTS TURNED ON BEFORE 6AM. MR. FORD HAD DORM 18 UNGUARDED WITH THE GRILL GATE LOCKED AT 6AM WITH A FEMALE CADET IN CUBICLE 3 WITH MR.

24

J. FITZPATRICK WHO ALSO HAD DORMS 18'S, AND 19'S DOOR CLOSED. CAPT. PERKINS REFUSED TO HELP ME DRAW FROM THE CANTEEN SAYING I HAD A MEDICAL CO-PAY DETERRENT OF $3 ON MY PRISON FUND ACCOUNT AS A HOLD WHICH IS WHY I COULDN'T PAY .00 FOR THE PURCHASE. MR. BLACKLEDGE SHOUTED AT ME TO GO AWAY FROM THE CLASSIFICATION AREA WHEN I WAS TRYING TO SEE CAPT. PERKINS BEING HE SENT FOR ME. MR. DEBOSE HAD DORM 18 UNGUARDED SITTING IN THE HALLWAY UNDER SGT.'S SPEERS, AND JACKSON WHO WERE CHECKING FOR SHAVES AT THE LINE FOR THE DINNER MEAL WITH MR. OLIVER WHO WAS IN CUBICLE 3. MR. MILES REFUSED TO LET ME USE THE LAW LIBRARY 11:30AM SAYING IT WAS "LOCKED DOWN" FOR MENTAL HEATH DRAWING FROM CANTEEN FOR PURCHASING. MR. BASKIN HAD DORM 18 UNGUARDED STANDING OUT IN THE HALL. THE DOOR OF DORM 18 WAS LOCKED 10PM BEING UNGUARDED WITH LIGHTS LEFT ON PAST 10:30PM WITH MR.'S WASHINGTON, AND B. FITZPATRICK WHO LEFT DORM 18 UNGUARDED TIME TO TIME ESPECIALLY AT 4AM WITH MR. WASHINGTON STOPPING PEOPLE FOR SHAVES. AT THE DOOR OF THE DINING HALL DURING THE BREAKFAST MEAL; ALSO LIGHTS WERE TURNED ON IN DORM 18 WITH THE GRILL GATE LOCKED, AND BEING UNGUARDED. GRITS WERE SERVED INSTEAD OF OATMEAL AT BREAKFAST CONTRARY TO A PRINTED MENU. THE DOOR OF DORM 18 WAS CLOSED WITH ITS GRILL GATE CLOSED BY MR. OSBORNE WITH MS.'S MAULDIN, AND HENRY. MR. TALLEY HAD ME LEAVE THE LAW LIBRARY TO STAND OUTSIDE FOR A COUNT REFUSING TO LET ME STAY IN THERE FOR LEGAL WORK WHEN I ASKED; AND ALSO MR. MILES HELPED HIM COUNT. DORM 18'S GRILL GATE WAS CLOSED AT 5:55PM WITH MS.'S HENRY, AND MAULDIN; AND MR. OSBORNE WHO WERE SUPPOSED TO BE MONITORING. LATER, MR.'S BASKIN, AND STREETER WITH MS. PENNINGTON OPERATING CUBICLE 3 HAD DORM 18 UNGUARDED WITH ITS DOOR AND DORMS 18'S, AND 19'S GRILL GATES CLOSED. I WAS TOLD BY AN INMATE RUNNER TO

25

GET LEGAL MAIL AFTER COUNT CLEARED, THEN MADE TO WAIT ABOUT AN HOUR BEFORE RECEIVING LEGAL MAIL AT 8:30AM, ADDITIONALLY. FURTHERMORE, I WAS ASSAULTED BY MR. PARHAM WHO TAPPED ME WHEN LEAVING DORM 13, THEN IN THE SHIFT COMMANDER'S OFFICE BY MR. HUDSON, AND OTHERS WHILE ~~OFFICERS~~ GETTING LEGAL MAIL WHO CAME BEHIND ME ~~APPROACHING AND~~ FROM THE DOORWAY NUDGING ME WITH LT. BABERS, AND MR. CURRY WHO FAILED TO ASSIST ME BY PREVENTING SUCH WHEN THEY WERE IN THE OFFICE. ALSO, MR.'S BASKIN, AND STREETER WERE STAYING IN THE HALLWAY BY ~~OFFICERS AROUND AND THE OFFICERS~~ CUBICLE 3 INSTEAD OF SUPERVISING, AND MONITORING DORMS 18, AND 19 AS REGULAR ROUTINES.

### FEBRUARY 16, 2005

MR. WARE REFUSED TO LET ME TAKE MY BELONGINGS ON A COURT TRANSFER SUCH AS LEGAL MATERIALS, BIBLES, COSMETICS, AND OTHERS BY HIM FIRST TELLING ME I CAN ONLY HAVE TWO BAGS OF BELONGINGS, AND THEN MR. B. FITZPATRICK SAID I COULD ONLY TAKE ONE WITH MR. ALLUMS SAYING SUCH ALSO; I WAS DENIED TAKING HYGIENE MATERIALS ALSO, AND SGT. SMITH REFUSED TO DO ANYTHING ABOUT THE PROBLEM WHEN I TOLD HIM, AND HE SUPPORTED, AND JUSTIFIED THE CO'S ACTIONS. ADDITIONALLY, MR. WARE SAID ALL MY LEGAL WORK HAD TO FIT IN THE FOLDER INSTEAD OF DIFFERENT ENVELOPES I HAD AFTER AWAKENED APPROXIMATELY MIDNIGHT, HARASSED, AND AGGRAVATED THEN HAD A MATTRESS TAKEN WITH LINEN AT 3AM WHEN I LEFT THE INSTITUTION FOR JEFFERSON COUNTY COURT 11AM

### ISSUE TWO

MY RIGHTS UNDER AMENDMENT ONE WERE, AND ARE BEING HORRIBLY

26

VIOLATED BY FLAGRANT COMMISSIONS WITH INSIDIOUSNESS OF THE DEFENDANTS, NAMELY, THE ALABAMA DEPT OF CORRECTIONS, AND MR. CAMPBELL WHO WAS SUPPOSED TO SUPERVISE, AND MONITOR SUBORDINATE OFFICIALS AT BULLOCK COUNTY CORRECTIONAL FACILITY, WARDEN HOLT, ASSISTANT WARDEN BOYD; CAPT.'S NETTLES, AND PERKINS; LT.'S BABERS, MILLER, AND STEPHENS; SGT.'S MCCRANEY, SPECKS, DAVIS, JACKSON, LIGON, PERRY, SMITH, STRICKLAND, AND WILLIAMS WHO WERE TO SUPERVISE, AND MONITOR THE OTHER DEFENDANTS THAT WERE SUBORDINATE OFFICERS BEING THEY DEPRIVED ME OF ABILITY TO PRACTICE MY RELIGION, ACCESS TO GOVERNMENT, OR LEGAL ENTITIES, AND FREEDOM OF SPEECH BY CREATING WITH PERMITTING SITUATIONS TO DEPRIVE ME OF THE AFOREMENTIONED DESCRIPTIONS DEPLORABLE, AND BLATANT BREACHES OF MY FIRST AMENDMENT RIGHTS WERE COMMITTED INVIDIOUSLY BY THE DEFENDANTS THROUGH SPITE, AND RESENTMENT WITH THEIR POLICIES, AND PRACTICES.

DISCLAIMERS, AND NOTICES ARE PUT ON TELEPHONES WITH RECORDED MESSAGES NOTIFYING A PARTY BEING CALLED THAT THE CALL IS RECORDED FROM A PRISON WHICH BREACHES THE PRINCIPLES OF THE FIRST AMENDMENT IN THAT IT FOSTERS A CONDITION TO PREVENT FREEDOM OF SPEECH WHICH COULD DISCOURAGE A PERSON WHO IS BEING CALLED FROM ACCEPTING A COLLECT CALL FROM AN INMATE. THE SAME SITUATION, CONCERNS A STAMPED MESSAGE ON OUTGOING MAIL FROM INMATES WHICH IS PLACED BY PRISON OFFICIALS ON THE OUTSIDE OF ENVELOPES WHICH STATES THE CORRESPONDENCE, OR MAIL IS FROM A STATE PRISON; THEREBY CAUSING A PERSON TO BE RELUCTANT TO RECEIVE, OR EVEN OPEN, ENVELOPES, OR ARTICLES OF COMMUNICATION WHEN THEY SEE SUCH DISCLAIMER.

I SHOULD BE ABLE TO COMMUNICATE WITH WHOEVER I CHOOSE THROUGH MAIL, OR TELEPHONE WITH ANY OTHER MEANS IN

27

ACCORDANCE TO FIRST AMENDMENT REQUIREMENTS, AND THE
UNNECESSARY PRACTICES OF PRISON OFFICIALS ENDANGERS MY ABILITY
TO DO SO WHICH IS WHY SOME MAIL I HAVE SENT WERE NOT
RESPONDED TO, NOR WERE TELEPHONE CALLS I ATTEMPTED TO MAKE.

JANUARY 14, 2005

MR. TALLEY REFUSED TO GIVE ME A LEGAL KIT, SAYING THE LAW
LIBRARY WAS CLOSED, AND SUCH KIT NORMALLY CONSISTED OF PAPER,
AND ENVELOPES.

JANUARY 18, 2005

SGT.'S MCCRANEY, AND WILLIAMS REFUSED TO LET ME USE THE LAW
LIBRARY WITH SGT WILLIAMS TRYING TO AVOID HELPING ME WHEN
SGT. MCCRANEY WAS ON THE PHONE IN THEIR OFFICE SAYING IF I HAD
ANY COURTESY, ASKING ME SUCH; AND SHE ALSO CURSED WHEN I ASKED
ABOUT THE LAW LIBRARY BEING CLOSED APPROXIMATELY AT 9:30AM TO
1:30PM

JANUARY 12, 2005

MAIL I ATTEMPTED TO SEND AS LEGAL, AND FREE WAS RETURNED
ADDRESSED TO THE NEW YORK DEPT. OF CONSUMER AFFAIRS; THE ALABAMA
BOARD OF PARDONS, AND PAROLES; AND BETH BACHLOR BEING PRISON
OFFICIALS REFUSED TO PROVIDE POSTAGE FOR SUCH; SGT WILLIAMS, AND
MS. BLAND REFUSED TO HAVE POSTAGE FOR THE MAIL WITH SGT. WILLIAMS
SAYING SHE WAS NOT GOING TO TAKE IT; AND MS. BLAND SAID IT WAS NOT
"LEGAL"MAIL", AND THEY OPEN MAIL COMING FROM THE PAROLE
BOARD. THEN THEY SAID THEY WOULD CALL THE CAPTAIN TO HAVE HIM
SEE ME. ASST. WARDEN BOYD REFUSED TO HELP ME WITH THE LEGAL MAIL
SAYING IT WAS NOT LEGAL MAIL COS A. JACKSON SAID HE COULD NOT TELL OR
DETERMINE IF SUCH MAIL WAS LEGAL WHEN I SENT IT TO HIM WHEN SHOWN.

28

JANUARY 20, 2005

MS. BLAND REFUSED TO HELP ME SEE THE CAPTAIN ABOUT MY LEGAL MAIL SITUATION AFTER TELLING ME SHE DIDN'T CALL HIM. SGT'S WILLIAMS, AND McCRANEY REFUSED TO HAVE ME SEND LEGAL MAIL WITH MS. WATSON WHO TALKED TO SGT. WILLIAMS SAYING MY MAIL WAS NOT LEGAL

JANUARY 23, 2005

MR. TARVER HAD THE LAW LIBRARY WITH THE GYM CLOSED 7:55PM BEING THE LAW LIBRARY IS ONLY ACCESSIBLE THROUGH THE GYM.

JANUARY 24, 2005

MR. TARVER HAD THE LAW LIBRARY CLOSED 7PM.

JANUARY 26, 2005

MR. TALLEY HAD INMATES LEAVE THE LAW LIBRARY FOR A COUNT WITH MR. J. FITZPATRICK WHO HAD OTHERS, AND I LEAVE THE GYM, AND GO BACK INSIDE, THEN GO BACK OUTSIDE AGAIN, FOR A COUNT

JANUARY 28, 2005

SGT. STRICKLAND TOLD ME THE LAW LIBRARY WAS GOING TO BE CLOSED; AND SGT. McCRANEY TOLD ME IT WAS NONE OF MY BUSINESS WHEN I ASKED HIM WHAT WAS WITH THE LAW LIBRARY, AND HE SLAMMED THE SHIFT COMMANDERS OFFICE DOOR WHEN I WAS BY IT. WHEN I ASKED SGT. STRICKLAND FOR HELP TO GET MATERIALS FOR LEGAL WORK HE SAID HE WOULD BY NODDING HIS HEAD, "YES" MOTIONING FOR ME TO GO BY THE DOOR OF THE OFFICE WHERE HE WAS WITH SGT. McCRANEY, AND MS. BLAND. HE OPENED THE DOOR, POINTING FOR ME TO GO OUT, THEN CLOSED THE DOOR, BECAUSE THE GYM WAS CLOSED FOR A RELIGIOUS MUSLIM SERVICE.

JANUARY 31, 2005

MR.'S MILES, AND JAMES COUNTED HAVING ME LEAVE THE LAW LIBRARY IN THE GYM WHILE I WAS DOING LEGAL WORK.

29

FEBRUARY 2, 2005

MR. J.F. JOHNSON SAID THE GYM WAS CLOSED WITH THE LAW LIBRARY BECAUSE OF A CANTEEN TRUCK.

JANUARY 31, 2005

MR. BASKINS HARASSED ME DEMANDING I SAY "YES MAAM" WHEN TALKING TO NURSE ROBINSON IN THE INFIRMARY, AND HE ASKED ME IF I HEARD HIM WHEN I DIDN'T REPLY.

FEBRUARY 1, 2005

MS. CALHOUN SENT A FORM SAYING I HAD TO SEE CAPT. NETTLES ABOUT SENDING A CARD FOR A CATALOG, AND FREE MAGAZINE WITH SUBSCRIPTION.

FEBRUARY 4, 2005

MAIL ADDRESSED AS "LEGAL MAIL" FROM THE A.C.L.U. WAS RECEIVED AS REGULAR MAIL.

FEBRUARY 6, 2005

MS. PENNINGTON HAD THE DOOR OF DORMS 18, AND 19 LOCKED WHEN I TRIED TO GO TO THE LAW LIBRARY 5:15PM, WHEREIN NO ROUTINELY MADE ANNOUNCEMENT OF GYM CALL WAS GIVEN. THE LAW LIBRARY WAS CLOSED AS I WAS TOLD BY SGT. DAVIS.

FEBRUARY 7, 2005

WHEN I KNOCKED ON THE DOOR OF THE SHIFT COMMANDER'S OFFICE ABOUT THE CARD MAIL IT NEITHER MOTIONED FOR ME TO GO AWAY, OR WAIT BY A WALL WITH MS. E. JOHNSON IN THE OFFICE. MR. NILES HAD US INMATES LEAVE THE LAW LIBRARY FOR A COUNT WHILE I WAS DOING LEGAL WORK.

FEBRUARY 9, 2005

I WAS MADE TO WAIT FOR LEGAL MAIL ABOUT 30 MINUTES WHEN

30

TOLD TO COME GET IT AFTER THE CLEARING OF A COUNT.

## FEBRUARY 10, 2005

MR. TALLEY HAD A COUNT WITH INMATES LEAVING THE LAW LIBRARY TO STAND IN GYM 11:50AM; MR. CURRY WAS SMOKING IN THE ~~RECORDS~~ LAW LIBRARY.

## FEBRUARY 11, 2005

SGT. MCCRANEY ASSAULTED ME TELLING ME TO LOOK AT HIM WHEN I ASKED LT. MILLER ABOUT A PHONE NUMBER HE WAS TO CHECK FOR ME THE PREVIOUS DAY, TOUCHING MY COAT WITH SGT. STRICKLAND IN THE SHIFT COMMANDER'S OFFICE WITH THEM NOT DOING ANYTHING TO PROVIDE ME ASSISTANCE WITH LT. MILLER SAYING HE DIDN'T WANT TO TALK TO ME, AND TALK TO SGT. MCCRANEY WHO SAID LT. MILLER WAS BUSY, AND COME ANOTHER DAY WITH MS. BLAND IN THE OFFICE.

## FEBRUARY 14, 2005

MR. MILES REFUSED TO LET ME USE THE LAW LIBRARY AT 11:30AM SAYING IT WAS "LOCKED DOWN" FOR MENTAL HEALTH INMATES DRAWING FROM THE CANTEEN. MR. TALLEY HAD ME LEAVE THE LAW LIBRARY TO STAND OUTSIDE FOR A COUNT REFUSING TO LET ME STAY IN THERE FOR LEGAL WORK WHEN I ASKED, AND ALSO MR. MILES HELPED HIM COUNT. I WAS HORRENDOUSLY TOLD BY AN INMATE RUNNER TO GET LEGAL MAIL AFTER A COUNT CLEARED, THEN MADE TO WAIT APPROXIMATELY AN HOUR ~~ADDED~~ BEFORE RECEIVING IT.

## FEBRUARY 16, 2005

MR. WARE REFUSED TO LET ME TAKE MY BELONGINGS ON A COURT TRANSFER SUCH AS LEGAL MATERIALS, BIBLES TO ENABLE ME TO PRACTICE MY RELIGION, HYGIENE ITEMS, AND OTHERS FIRST TELLING ME I CAN ONLY HAVE TWO BAGS OF BELONGINGS, THEN MR. B. FITZPATRICK SAYING .

31.

I could only take one with Mr. Allens saying such also, and Sgt. Smith refused to do anything about the problem when I told him, and he supported, and justified the officers' actions. Additionally, Mr. Ware said all my legal work had to fit in one folder instead of different envelopes I had after Awakened at midnight, Harassed, and Aggravated, and had a mattress taken with linen at 3am when I left the institution for Jefferson County Court 1/4m.

### JANUARY 14, 2005

Ms. Bland, and Sgt. Strickland Refused to enable me to speak to the Captain asking why I wanted to see him, and when I said I'd rather talk to the captain about it, they so refused.

### JANUARY 18, 2005

Sgt. Williams Refused to give me a pass with Sgt. McCraney to speak to Ms. Fulghum with Sgt. Williams saying Ms. Fulghum went to lunch about 1pm to 6:30pm. Sgt. Jackson with Lt. Miller Refused to let me see Ms. Fulghum with Mr. Debose who was supposed to be told by Sgt. Jackson I was to see Ms. Fulghum, but Mr. Debose told me to go back down the hall without letting me know Ms. Fulghum was not going to see me being the previous day no form was posted anywhere for signing to meet her. Sgt. Jackson called Capt. Perkins who Refused to let me speak to him.

### JANUARY 12, 2005

MS. SEATS REFUSED TO LET ME SPEAK TO HER. THE CAPTAIN DIDN'T CALL FOR ME WHEN MS. BLAND, AND SGT. WILLIAMS TOLD ME THEY WOULD CALL HIM TO HAVE HIM SEE ME. MS. BLAND ALSO REFUSED TO CALL THE CAPTAIN LATER.

JANUARY 20, 2005

MS. MORRIS (AKA MS. HEDGESPETH) REFUSED TO LET ME SEE THE CAPTAIN SAYING I NEEDED A PASS.

FEBRUARY 7, 2005

MR. THOMPKINS REFUSED TO GIVE ME A PASS TO SEE THE CAPTAIN.

FEBRUARY 9, 2005

LT. MILLER REFUSED TO HAVE ME SEE THE CAPTAIN AFTER TELLING ME TO WAIT ON A BENCH FOR HIM WHEN I REQUESTED.

FEBRUARY 10, 2005

SGT. MCCRANEY REFUSED TO GIVE ME A REQUEST FORM TO USE TO HANDLE MATTERS WITH AN OFFICIAL. ADDITIONALLY, MS. JACKSON WHO WAS BY THE CLASSIFICATION AREA REFUSED TO HELP ME SEE THE CAPTAIN AFTER I REQUESTED BY HER SAYING I HAD TO SEND HER A REQUEST FORM. LATER MR. WHITE, WHO WAS BY THE MENTAL HEALTH QUARTERS STOPPED ME WITH SOME ROLLED PAPER HITTING ME WITH SUCH, ASKING WHERE I WAS GOING; WHEN I TOLD HIM I WAS GOING TO SEE THE CAPTAIN FOR "OPEN HOUSE" HE SAID HE WAS GOING TO CHECK AS IF HE DIDN'T KNOW. MR. WHITE HAS ALWAYS GIVEN ME PROBLEMS OUT OF SPITE, AND ANIMOSITY WHEN HE WOULD HARASS, AND AGGRAVATE ME SAYING THINGS TO ME FOR NO REASON. MS. T. JOHNSON REFUSED TO LET ME SEE THE CAPTAIN SAYING I HAD TO HAVE A PASS FROM SOMEONE, OR IF IT'S "OPEN HOUSE" I HAVE TO SIGN A LIST WHEN ROUTINELY SUCH WAS NOT THE PROCEDURE, THEN WHEN I ASKED TO

33

SPEAK TO THE SHIFT COMMANDER SHE SAID SHE WOULD TALK TO THEM WHEN THEY CAME BY, WHICH WHEN SGT. JACKSON DID, SHE ~~REFUSED~~ AFTERWARDS SAID HE DIDN'T WANT TO SEE ME. LATER WHEN I WHEN I WENT UP THE HALL, AND WAS RETURNED, MS. PENNINGTON STOPPED ME, ASKING IF I WAS WALKING WITH SGT. JACKSON WHO HAPPENED TO BE IN THE HALL THE SAME TIME; SHE ASSAULTED ME PUTTING HER HANDS ON ME TELLING ME TO GO BACK TO MENTAL HEALTH, BECAUSE SHE ALWAYS ASKS ME IF I SLEEP IN MENTAL HEALTH WHEN SHE SEES ME, THEN SGT. JACKSON JUSTIFIED HER ACTIONS SAYING, IT'S THEIR (OFFICERS') JOB TO COMMIT SUCH TACTICS, TALKING TO PEOPLE, HARASSING THEM WITH SENSELESS QUESTIONS.

FEBRUARY 14, 2005

MR. BLACKLEDGE SHOUTED AT ME TO GO AWAY FROM THE CLASSIFICATION AREA WHEN I WAS TRYING TO SEE CAPT. PERKINS BEING HE SENT FOR ME.


## ISSUE THREE

MY RIGHTS UNDER AMENDMENT EIGHT WERE ATROCIOUSLY, AND FLAGRANTLY VIOLATED BY HAZARDOUS ACTIONS OF THE DEFENDANTS, NAMELY, THE ALABAMA DEPT OF CORRECTIONS, ITS COMMISSIONER, MR. CAMPBELL WHO WAS SUPPOSED TO SUPERVISE, AND MONITOR OFFICIALS AT BULLOCK COUNTY CORRECTIONAL FACILITY, WARDEN HOLT, ASST WARDEN BOYD; CAPT.'S NETTLES, AND PERKINS; LT BABERS, MILLER, AND STEPHENS; SGT.'S MCCRANEY, SPECKS, DAVIS, JACKSON, LIGON, PERRY STRICKLAND, SMITH, AND WILLIAMS WHO WERE TO SUPERVISE, AND MONITOR THE OTHER DEFENDANTS THAT WERE SUBORDINATE OFFICERS BEING THEY DEPRIVED ME OF SAFETY FROM DISGUSTING, AND AGGRAVATING ASSAULT BY THEIR PHYSICAL CONTACTS IN VARIOUS PREDICAMENTS.

34

JANUARY 18, 2005

MR. TARVER ASSAULTED ME PULLING ON MY JACKET WHEN I WAS OUTSIDE THE SHIFT COMMANDERS OFFICE DOOR

JANUARY 26, 2005

MR. TALLEY STOPPED ME, TOUCHING ME AT 6:50AM ASKING IF COUNT WAS CLEARED, AND TOUCHED ME AGAIN.

JANUARY 27, 2005

MR. HUDSON ASSAULTED ME TOUCHING ME TELLING ME TO WAKSE UP IN DORM 18.

FEBRUARY 3, 2005

MR. T. KING, JR. ASSAULTED ME HITTING THE BOTTOM OF MY LEG FOR A BED CHECK IN DORM 18. ALSO, MR. MCCLAIN, ASSAULTED ME AWAKING ME FOR A BED CHECK ON THIRD SHIFT.

FEBRUARY 14, 2005

I WAS ASSAULTED BY MR. PARHAM WHO TAPPED ME WHEN LEAVING DORM 13, THEN IN THE SHIFT COMMANDERS OFFICE BY MR. HUDSON, AND OTHERS WHILE GETTING LEGAL MAIL; BEING THEY, ALONG WITH LT. BABERS, AND MR. CURRY WERE NUDGING ME

FEBRUARY 10, 2005

MR. WHITE STOPPED ME WITH SOME ROLLED PAPER, HITTING ME, ASKING WHERE I WAS GOING; WHEN I TOLD HIM I WAS GOING TO SEE THE CAPTAIN FOR "OPEN HOUSE" HE SAID HE WAS GOING TO CHECK AS IF HE DIDN'T KNOW. MS. PENNINGTON STOPPED ME, ASSAULTING ME, BY PUTTING HER HANDS ON ME WHEN I WAS IN THE HALL WALKING WITH SGT. JACKSON WHO HAPPENED TO BE WALKING THE SAME TIME, AND SHE TOLD ME TO GO BACK TO MENTAL HEALTH, BECAUSE SHE ALWAYS ASKS ME IF I SLEEP IN THE MENTAL HEALTH DORMS IN THE INSTITUTION.

FEBRUARY 11, 2005

SGT MCCRANEY ASSAULTED ME TELLING ME TO LOOK AT HIM WHEN I ASKED II MILLER ABOUT A PHONE NUMBER HE WAS TO CHECK FOR ME THE PREVIOUS DAY, AND SGT. MCCRANEY TOUCHED MY COAT WITH SGT. STRICKLAND IN THE SHIFT COMMANDER'S OFFICE WHILE THEY DID NOTHING TO ASSIST ME

## CONCLUSION, AND RELIEF SOUGHT

THEREFORE FOR THE REASONS EXPLAINED, DEMONSTRATING THE ARBITRARY, FLAGRANT, RETALIATORY, AND ATROCIOUS NATURE OF THE DEFENDANTS BY THEIR INSIDIOUS, HORRENDOUS TACTICS WITH ROUTINES IT IS EMPHATICALLY URGED THAT PROMPT JUDGMENT BE ENTERED WITH IMPLEMENTATION TO HAVE THEM PERMANENTLY TERMINATED FROM THEIR POSITIONS BESIDES HAVING ME PAID $950,000,000 OR ALL THE AMOUNT OF MONEY I COULD RECEIVE BEING THEY CAUSED ME AGONY, AGGRAVATION, MENTAL STRESS, WITH LOSS OF MY RIGHT UNDER AMENDMENTS ONE, FOUR, FIVE, SIX, EIGHT, AND FOURTEEN. THEY WERE RECKLESS WITH UTTER DISREGARD FOR MY SAFETY, AND WELL-BEING SUCH AS WHEN THEY LEAVE LIVING QUARTERS UNATTENDED WITH DOORS, OR GATES CLOSED WHERE VIOLENT, OR EXIGENT CIRCUMSTANCE OCCURRED; WHEN THEY REFUSE TO ALLOW INMATES TO COMMUNICATE, OR MEET WITH HIGHER OFFICIALS OR SUPERVISORS BY ISSUING PASSES, OR JUST LETTING THEM DO SO WITHOUT; WHEN THEY REFUSE TO ALLOW MAIL TO BE DELIVERED THEY DENY ACCESS TO GOVERNMENT, PERSONS, OR ENTITIES FOR REDRESS, OR REMEDY. ADDITIONALLY, WHEN THEY ALLOW INMATE RUNNERS TO CONDUCT FUNCTIONS THAT SHOULD BE RESPONSIBILITY OF SECURITY OFFICIALS IT ENDANGERS PRESERVATION OF RIGHT UNDER THE CONSTITUTION AT ISSUE, BECAUSE INMATES ARE GENERALLY ARE CRIMINAL WITHOUT

36

DISPOSITION TO MAINTAIN LAW, AND ORDER; WHEN THEY HAVE LIGHTS ON AT NIGHT, BEING THEY PERFORM EXCESSIVE FALLACIES TO DEPRIVE PEOPLE OF SLEEP, LOSS OF SLEEP IS EFFECTED. FURTHERMORE, BEING THE DEFENDANTS KEEP INMATES FROM SLEEPING CHAOS IS CAUSED WHICH CREATES AN EXTREMELY HAZARDOUS, AND TENSE ENVIRONMENT DUE TO SLEEP BEING ESSENTIAL FOR HEALTH, BECAUSE IT RESTORES ENERGY TO THE BODY, ESPECIALLY, THE BRAIN, AND NERVOUS SYSTEM; 8 TO 10 HOURS OF SLEEP IS NEEDED; THE SLEEPING CYCLE WOULD BE DISTURBED BY THE ERRANT DEFENDANTS WHO HAVE SOMEONE DEPRIVED OF REST FOR HOURS, AND IF ONE WAS TO GET SLEEP THEY WOULD LOSE IT BY BEING AWAKENED BY ATROCIOUS PRISON OFFICIALS; BY THE WAY, IF LIGHTS ARE OUT IN THE DORMS THEY ARE NOT DIMMED FOR A CONDITION SUFFICIENTLY DARK TO FACILITATE SLEEPING; IT IS TOO BRIGHT AT NIGHT. WHEN THESE DEFENDANTS DEPRIVE ADEQUATE NUTRITION THEY ASSURE LACK OF SUFFICIENT AMOUNT OF CALORIES OF 2,700 TO 2,900 CALORIES PER INMATE DAILY BASED ON REPORTS OF THE FOOD, AND NUTRITION BOARD, NATIONAL ACADEMY OF SCIENCES AS TO THE RECOMMENDED DAILY DIETARY ALLOWANCE, ESPECIALLY, FOR INMATES WHO ARE NOT SEDENTARY, OR INACTIVE, BUT WORK. WHEN THE DEFENDANTS PREVENT INMATES FROM USING THE LAW LIBRARY, OR PROVIDING MACHINES, COMPUTERS, WORD PROCESSING DEVICES WITH EQUIPMENT TO PRODUCE TEXT THAT EQUALS, OR EXCEEDS THE OUTPUT OF A LASER PRINTER TO SEND TO COURTS IT DENIES ACCESS TO COURTS, OR GOVERNMENT. WHEN THE DEFENDANTS MAKE ANY TYPE OF PHYSICAL CONTACT WHETHER IT IS A SLIGHT TOUCH, OR A SEVERE BLOW IT IS AGGRAVATING, AND DISTURBING TO DRASTIC EXTENTS CONSIDERING OTHER OFFENSES COMMITTED BY THE DEFENDANTS GIVEN THE CRISIS POSED BY OVERCROWDING WHICH IS EXISTENT AGAINST PRINCIPLES SETTLED

UNDER ROGER V. LOCKE, 4000 F.SUPP. 318 (1976); HARRIS V. ANGELINA COUNTY, TEXAS, 31 F3D 331, 335 (5TH CIR. 1994); WILLIAMS V. GRIFFIN, 952 F2D 820, 824-25 [4TH CIR. 1992); HELD: "OVERCROWDING ACCOMPANIED BY UNSANITARY, AND DANGEROUS CONDITIONS CAN CONSTITUTE AN EIGHTH AMENDMENT VIOLATION"]; FRENCH V. OWENS, 777 F2D 1250, 1252-53 [7TH CIR. 1985); HELD: "POOR PHYSICAL CONDITIONS, LACK OF SAFETY, BREAKDOWN IN MEDICAL, AND FOOD SERVICES"]; HUTTO V. FINNEY, 437 U.S. 678, 682, 685-87 [1979); HELD: "8TH AMENDMENT VIOLATION WHEN AVERAGE OF 4 AND SOMETIMES AS MANY AS 10, OR 11 PRISONERS CONFINED IN 8-BY-10-FOOT PUNITIVE ISOLATION CELL FOR MORE THAN 30 DAYS, BECAUSE TAKEN AS A WHOLE, LIVING CONDITIONS INTOLERABLE."] WHEREIN THE DEFENDANTS VIOLATED SUCH. IT IS ALSO URGED THAT A DECISION BE ADJUDICATED TO PREVENT CHAOTIC DISASTERS PERPETRATED BY THE DEFENDANTS WHICH SUBJECT INMATES TO INTENSE, AND DIRE PERIL AS TO THEIR SAFETY WITH WELL-BEING; IT IS EARNESTLY REQUESTED THAT THIS COURT HAVE ME BE RELEASED FROM CONFINEMENT, AND DISCHARGED TO AVOID CONTACT WITH THE DEFENDANTS REGARDING THE INCLUDED DESCRIPTIONS OF THIS DOCUMENT.

DATE: 8-3-06

RESPECTFULLY SUBMITTED
WOODRUCK NOE
AIS: 148475
DORM 2-28
P.O. BOX 5107
UNION SPRINGS, AL.
36089-5107

38