IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,
    PLAINTIFF,

v.

ALABAMA DEPT. OF CORRECTIONS;
et. al.,
    DEFENDANTS

CASE NO. 2:06cv747-MEF

RECEIVED
2006 AUG 21 A 9:41

## MOTION AND AFFIDAVIT

COMES NOW, PLAINTIFF, WOODBURCK NOE, AND MOVES THIS HONORABLE COURT TO GRANT THIS MOTION TO ACCEPT INCLUDED DOCUMENTS AS TO MANNER, AND CONTENT, PROVIDE INDIGENCY TREATMENT, AND APPOINTMENT OF COUNSEL AS TO THE ABOVE-STYLED CAUSE PURSUANT TO AMENDMENT ONE OF THE UNITED STATES CONSTITUTION BASED ON THE FOLLOWING AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY:

I HAVE BASICALLY UNAVAILABLE, OR LIMITED MEANS WITH RESOURCES TO DO LEGAL WORK, DUE TO CORRUPT TACTICS OF PRISON OFFICIALS OF WHERE I'M CONFINED; INVOLVED ISSUES ARE CRUCIAL;

I HAVE ONLY ABOUT $85 ON MY PRISON FUND ACCOUNT;

I AM UNEMPLOYED, AND CANNOT AFFORD A LAWYER, OR PAYMENT OF COURT COST; WITH LIMITED LEGAL EXPERIENCE.

THEREFORE, FOR THE REASONS PRESENTED, IT IS URGED JUDGMENT BE ENTERED TO GRANT THE MATTER APPROPRIATELY.

DATE: 8-3-06

RESPECTFULLY SUBMITTED, Woodburck Noe